PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
SEBASTIAN DeFRANCESCO

JONATHAN S. KITCHEN, Esq (SBN 80270)
ALI P. HAMIDI, Esq (SBN 191198)
COX, CASTLE & NICHOLSON LLP
555 California St., 10th Floor
San Francisco, CA 94104-1513
Telephone: 415/392-4200
Facsimile: 415/392-4250

Attorneys for Defendants
SRI OLD TOWN, LLC and
FEDERAL REALTY INVESTMENT TRUST

MARK F. HAZELWOOD, Esq (SBN 136521)
LAURA S. FLYNN, Esq (SBN 148511)
LOW, BALL & LYNCH
505 Montgomery St., 7th Floor
San Francisco, CA 94111-2584
Telephone: 415/981-6630
Facsimile: 415/982-1634

Attorneys for Defendant
TOWN OF LOS GATOS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO,<br><br>Plaintiff,<br><br>v.<br><br>SRI OLD TOWN, LLC; FEDERAL REALTY INVESTMENT TRUST; TOWN OF LOS GATOS; and DOES 1-10, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C09-2123 JL<br><br>Civil Rights<br><br><br>**CONSENT DECREE AND<br>~~[PROPOSED]~~ ORDER** |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL                                        -1-

E:\Los Gatos Consent Decree 5-14-10.wpd

1. Plaintiff SEBASTIAN DEFRANCESCO filed a Complaint in this action on May 14, 2009, to obtain recovery of damages for his discriminatory experiences, denial of access, and denial of civil rights, and to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, and California civil rights laws against Defendants SRI OLD TOWN, LLC, FEDERAL REALTY INVESTMENT TRUST, and TOWN OF LOS GATOS, relating to the condition of their public accommodations as of August 28, 2008, and continuing. Plaintiff has alleged that Defendants SRI OLD TOWN, LLC, FEDERAL REALTY INVESTMENT TRUST violated Title III of the ADA, defendant TOWN OF LOS GATOS violated Title II of the ADA, and all defendants violated sections 54, 54.1, 54.3 and 55 of the California Civil Code, and sections 19955 *et seq.* of the California Health & Safety Code by failing to provide full and equal access to their facilities at Parking Lot No. 5 (Assessor's parcel No. 529-03-29), located between Main and Elm Streets in the Town of Los Gatos, and the "Old Town Center" shopping center (Assessor's parcel No. 529-02-44), located at University Ave and Elm St., in the Town of Los Gatos, California, and the disabled access lift connecting the path of travel between these properties.

2. Defendants SRI OLD TOWN, LLC, FEDERAL REALTY INVESTMENT TRUST, and TOWN OF LOS GATOS deny the allegations in the Complaint and by entering into this Consent Decree and Order do not admit liability to any of the allegations in Plaintiff's Complaint filed in this action. Plaintiff SEBASTIAN DEFRANCESCO, defendants SRI OLD TOWN, LLC, FEDERAL REALTY INVESTMENT TRUST, and TOWN OF LOS GATOS, hereinafter, collectively, "the parties," hereby enter into this Consent Decree and Order for the purpose of resolving this lawsuit without the need for protracted litigation and without the admission of any liability.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL

-2-

E:\Los Gatos Consent Decree 5-14-10.wpd

## JURISDICTION:

3. The parties to this Consent Decree agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.* and pursuant to supplemental jurisdiction for alleged violations of California Health & Safety Code §§ 19955 *et seq.*; and California Civil Code §§ 54, 54.1, 54.3, and 55.

4. In order to avoid the costs, expense, and uncertainty of protracted litigation, the parties to this Consent Decree agree to entry of this Order to resolve all claims regarding injunctive relief raised in the Complaint filed with this Court. Accordingly, they agree to the entry of this Order without trial or further adjudication of any issues of fact or law concerning Plaintiff's claims for injunctive relief.

WHEREFORE, the parties to this Consent Decree hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provides as follows:

## SETTLEMENT OF INJUNCTIVE RELIEF:

5. This Order shall be a full, complete, and final disposition and settlement of Plaintiff's claims against Defendants for injunctive relief that have arisen out of the subject Complaint. The parties agree that there has been no admission or finding of liability or violation of the ADA and/or California civil rights laws, and this Consent Decree and Order should not be construed as such.

6. The parties agree and stipulate that the corrective work will be performed in compliance with the standards and specifications for disabled access as set forth in the California Code of Regulations, Title 24-2, and Americans with Disabilities Act Accessibility Guidelines, unless other standards are specifically agreed to in this Consent Decree and Order.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL
-3-

E:\Los Gatos Consent Decree 5-14-10.wpd

a) **Remedial Measures:**

(1) Defendants agree to perform corrective work at Parking Lot No. 5 (Assessor's parcel No. 529-03-29), located between Main and Elm Streets in the Town of Los Gatos, and the "Old Town Center" shopping center (Assessor's parcel No. 529-02-44), located at University Ave and Elm St., in the Town of Los Gatos, California, and the disabled access lift connecting the path of travel between these properties. The scope of the corrective work agreed is as follows, referring to label on Exhibit A, the aerial map:

(a) Defendant TOWN OF LOS GATOS will:

(i) Restripe parking space B1 to move the access aisle to the passenger side;

(ii) Add one additional parking space with access aisle to the left of existing bank of accessible parking spaces near C4

(b) Defendants SRI OLD TOWN, LLC, and FEDERAL REALTY INVESTMENT TRUST will:

(i) Install a door closer on the lift doors at both the upper and lower stations, and adjust to ensure the doors

1) Close no faster than 3 seconds from an open position of 70 degrees to a point 3 inches from the latch;

2) require no more than 8.5 pounds of push pressure to operate;

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL

-4-

E:\Los Gatos Consent Decree 5-14-10.wpd

        (ii)    Correct the slope of the upper landing to be no more than 2% in any direction;

        (iii)    Ensure that the level of the upper landing pad is flush with the door threshold of the lift;

        (iv)    Adjust the lift to stop no more than 1/4" above the threshold at both the upper and station;

        (v)    Provide a flush transition at the curb ramp near C4, leading to the lift, by rebuilding the ramp or by raising the pavement of the parking lot to the height of the existing ramp.

(2)    Defendants SRI OLD TOWN, LLC, and FEDERAL REALTY INVESTMENT TRUST agree to maintain the access lift at the subject premises in an operable manner. In addition defendants SRI OLD TOWN, LLC, and FEDERAL REALTY INVESTMENT TRUST agree to the following :

    (a)    They will perform routine maintenance once per month.

    (b)    They shall make repairs within 10 days, subject to instances where parts and permits may require further time, and will use beset efforts to obtain such parts and permits in a commercially reasonable time frame.

    (c)    Whenever the lift is out of order a sign shall be placed on it stating the date repairs will be

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

      completed and providing the name, title, and direct line phone number for the person responsible for the repairs.

  (3) The parties agree that none of the defendants have any obligation to remediate the items labeled at C1-C3 of Exhibit A.

 b) **Timing of Injunctive Relief for TOWN OF LOS GATOS**: All injunctive relief will be completed within 120 days of May 14, 2010.

 c) **Timing of Injunctive Relief for SRI OLD TOWN, LLC, and FEDERAL REALTY INVESTMENT TRUST:** All injunctive relief will be completed within 90 days of May 14, 2010.

 d) Defendants will notify plaintiff's counsel in writing when all remedial measures referred to in paragraphs 6.A.1 and 6.A.2 have been taken. If defendants fail to provide injunctive relief on the agreed to timetable and/or fail to provide timely written status notification, and plaintiff files a motion with the court to obtain compliance with these terms, plaintiff reserves the right to seek additional attorney fees for all compliance work necessitated by defendants' failure to keep their agreement.

## DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES AND COSTS:

7. The parties have not reached an agreement regarding Plaintiff's claims for damages, attorney fees, litigation expenses and costs. These issues shall be the subject of further negotiation, litigation, and/or motions to the Court. All the parties stipulate to request that the Court not dismiss the case, as issues of

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL

-6-

E:\Los Gatos Consent Decree 5-14-10.wpd

damages and attorney fees are still before the Court.

**ENTIRE CONSENT ORDER:**

8. This Consent Decree and Order and Attachment A to this Consent Decree and Order, which is incorporated herein by reference as if fully set forth in this document, constitute the entire agreement between the signing parties on the matters of injunctive relief. No other statement, promise or agreement, either written or oral, made by any of the parties or agents of any of the parties that is not contained in this written Consent Decree and Order shall be enforceable regarding the matters of injunctive relief described herein. This Consent Decree and Order applies to Plaintiff's claims for injunctive relief only and does not resolve Plaintiff's claims for damages, attorney fees, litigation expenses and costs.

**CONSENT ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST:**

9. This Consent Decree and Order shall be binding on the parties and all successors in interest. The parties have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO INJUNCTIVE RELIEF ONLY:**

10. Each of the parties to this Consent Decree understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree, any or all of them will incur, suffer or experience some further loss or damage with respect to the lawsuit which are unknown or unanticipated at the time this Consent Decree is signed. Except for all obligations required in this Consent Decree, the parties intend that this Consent Decree apply to all such

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL                    -7-                    E:\Los Gatos Consent Decree 5-14-10.wpd

further loss with respect to the lawsuit, except those caused by the parties subsequent to the execution of this Consent Decree. Therefore, except for all obligations required in this Consent Decree, this Consent Decree shall apply to and cover any and all claims, demands, actions and causes of action by the parties to this Consent Decree with respect to the lawsuit, whether the same are known, unknown or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section 1542 provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

11. Except for all obligations required in this Consent Decree, each of the parties to this Consent Decree, on behalf of each, their respective agents, representatives, predecessors, successors, heirs, partners and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER:**

12. This Consent Decree and Order shall be in full force and effect for a period of twelve (12) months after the date of entry of this Consent Decree and Order, or until the injunctive relief contemplated by this Order is completed, whichever occurs later. The Court shall retain jurisdiction of this action to enforce provisions of this Order for twelve (12) months after the date of this

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL

-8-

E:\Los Gatos Consent Decree 5-14-10.wpd

Consent Decree, or until the injunctive relief contemplated by this Order is completed, whichever occurs later.

**SEVERABILITY:**

13. If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND PARTIES:**

14. Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

//
//

Dated: 5/14, 2010        PLAINTIFF SEBASTIAN DEFRANCESCO

_____
SEBASTIAN DEFRANCESCO

Dated: 5/14, 2010        DEFENDANT SRI OLD TOWN, LLC

By: _____

Dated: 5/14, 2010        DEFENDANT FEDERAL REALTY INVESTMENT TRUST

By: _____

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL
-9-
E:\Los Gatos Consent Decree 5-14-10.wpd

| | |
|---|---|
| Dated: _____, 2010 | DEFENDANT TOWN OF LOS GATOS |
| | By: _____ |

//
//
//
//

APPROVED AS TO FORM:

Dated: ~~January 14~~ May 14, 2010

LAW OFFICES OF PAUL L. REIN

*/s/ Paul L. Rein*

By PAUL L. REIN
Attorneys for Plaintiff
SEBASTIAN DEFRANCESCO

Dated: ~~January 14~~ May 14, 2010

COX, CASTLE & NICHOLSON LLP
JONATHAN S. KITCHEN
ALI P. HAMIDI

*/s/ Ali Hamidi*

Attorneys for Defendants
SRI OLD TOWN, LLC and
FEDERAL REALTY INVESTMENT TRUST

Dated: ~~January 14~~ May 14, 2010

LOW, BALL & LYNCH

*/s/ Mark Hazelwood*

MARK F. HAZELWOOD
Attorneys for Defendants
TOWN OF LOS GATOS

//
//

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: __July 12__, 2010

_____
Honorable **JAMES LARSON**
United States Magistrate Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL

-11-

E:\Los Gatos Consent Decree 5-14-10.wpd

Dated: _____, 2010  DEFENDANT FEDERAL REALTY INVESTMENT TRUST

By: _____

Dated: 5-14, 2010  DEFENDANT TOWN OF LOS GATOS

By: _____
Michael D. Mevtello
Interim Town Attorney

//
//
//
//

APPROVED AS TO FORM:

Dated: January 14, 2010  LAW OFFICES OF PAUL L. REIN

_____
By PAUL L. REIN
Attorneys for Plaintiff
SEBASTIAN DEFRANCESCO

Dated: January 14, 2010  COX, CASTLE & NICHOLSON LLP
JONATHAN S. KITCHEN
ALI P. HAMIDI

_____
Attorneys for Defendants
SRI OLD TOWN, LLC and
FEDERAL REALTY INVESTMENT TRUST

Dated: January 14, 2010  LOW, BALL & LYNCH

_____
MARK F. HAZELWOOD
Attorneys for Defendants

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL

law offices of
PAUL L. REIN
200 lakeside dr., suite a
oakland, ca 94612-3503
(510) 832-5001

L

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 09-2123 JL

law offices of
PAUL L. REIN
200 lakeside dr., suite a
oakland, ca 94612-3503
(510) 832-5001

L

Figure-01
Locations of Inaccessible Features

