PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
SEBASTIAN DeFRANCESCO


JONATHAN S. KITCHEN (SBN 80270)
ALI P. HAMIDI (SBN 191198)
COX, CASTLE & NICHOLSON LLP
555 California St., 10th Floor
San Francisco, CA 94104-1513
Telephone: 415/392-4200
Facsimile: 415/392-4250

Attorneys for Defendants
SRI OLD TOWN, LLC and
FEDERAL REALTY INVESTMENT TRUST

MARK F. HAZELWOOD (SBN 136521)
LAURA S. FLYNN (SBN 148511)
LOW, BALL & LYNCH
505 Montgomery St., 7th Floor
San Francisco, CA 94111-2584
Telephone: 415/981-6630
Facsimile: 415/982-1634

Attorneys for Defendant
TOWN OF LOS GATOS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO,<br><br>    Plaintiff,<br><br>v.<br><br>SRI OLD TOWN, LLC; FEDERAL REALTY INVESTMENT TRUST; TOWN OF LOS GATOS; and DOES 1-10, Inclusive,<br><br>    Defendants._____/ | CASE NO. C09-2123 JL<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Conference Date: July 14, 2010 |

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C09-2123 JL

S:\CASES\L\LOS GATOS\PLEADINGS\STIP TO CONTINUE CMC.PL.wpd

# STIPULATION

Plaintiff SEBASTIAN DEFRANCESCO and Defendants SRI OLD TOWN, LLC, FEDERAL REALTY INVESTMENT TRUST, and TOWN OF LOS GATOS, hereby jointly stipulate and request as follows:

The parties previously filed a Consent Decree and Order as to injunctive relief in this case. The Court approved and entered the Order on July 12, 2010. The parties also previously reached a settlement agreement as to damages. The damages payments by all defendants have been received by plaintiff.

Currently the parties are negotiating the issue of the amount of plaintiff's attorney fees, litigation expenses and costs to be paid by defendants. These negotiations are proceeding cooperatively.

Accordingly, the parties agree and stipulate that continuing the Case Management Conference currently set for July 14, 2010 will promote a more efficient resolution of the case, keeping fees and costs down for both sides, and hereby request that the Case Management Conference be reset to a convenient date on the Court's calendar during October, 2010.

Dated: July 13, 2009        LAW OFFICES OF PAUL L. REIN


                              /s/ Celia McGuinness
                          By CELIA McGUINNESS
                          Attorneys for Plaintiff
                          SEBASTIAN DEFRANCESCO


Dated: July 13, 2010        COX, CASTLE & NICHOLSON LLP


                              /s/ Ali Hamidi
                          By ALI P. HAMIDI
                          Attorneys for Defendants
                          SRI OLD TOWN, LLC and FEDERAL REALTY INVESTMENT TRUST

LAW OFFICES OF PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C09-2123 JL    -2-    S:\CASES\L\LOS GATOS\PLEADINGS\STIP TO CONTINUE CMC.PL.wpd

| | |
|---|---|
| Dated: July 13, 2010 | LOW, BALL & LYNCH |

          /s/ Mark Hazelwood
By MARK F. HAZELWOOD
Attorneys for Defendants
TOWN OF LOS GATOS

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C09-2123 JL
−3−
S:\CASES\L\LOS GATOS\PLEADINGS\STIP TO CONTINUE CMC.PL.wpd

# ORDER

Good cause having been shown, the Court grants the parties' stipulation and request to continue the Case Management Conference in this case to __October 20__, 2010. at 10:30 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 13, 2010

_____
JAMES LARSON
United States Magistrate Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C09-2123 JL — 4 —

S:\CASES\L\LOS GATOS\PLEADINGS\STIP TO CONTINUE CMC.PL.wpd