PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
SEBASTIAN DeFRANCESCO

JONATHAN S. KITCHEN (SBN 80270)
ALI P. HAMIDI (SBN 191198)
COX, CASTLE & NICHOLSON LLP
555 California St., 10th Floor
San Francisco, CA 94104-1513
Telephone: 415/392-4200
Facsimile: 415/392-4250

Attorneys for Defendants
SRI OLD TOWN, LLC and
FEDERAL REALTY INVESTMENT TRUST

MARK F. HAZELWOOD (SBN 136521)
LAURA S. FLYNN (SBN 148511)
LOW, BALL & LYNCH
505 Montgomery St., 7th Floor
San Francisco, CA 94111-2584
Telephone: 415/981-6630
Facsimile: 415/982-1634

Attorneys for Defendant
TOWN OF LOS GATOS

**IT IS SO ORDERED**
*Judge James Larson*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO,<br><br>    Plaintiff,<br><br>v.<br><br>SRI OLD TOWN, LLC; FEDERAL REALTY INVESTMENT TRUST; TOWN OF LOS GATOS; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C09-2123 JL<br><u>Civil Rights</u><br><br>**FURTHER UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

LAW OFFICES OF
**PAUL L. REIN**
**200 LAKESIDE DR., SUITE A**
**OAKLAND, CA 94612-3503**
**(510) 832-5001**

FURTHER UPDATED JOINT CMC STATEMENT
CASE NO. C09-2123 JL

S:\CASES\L\LOS GATOS\PLEADINGS\Updated Joint Case Management Conference Statement.wpd

The parties submit this Further Updated Joint Case Management Conference Statement:

The parties have settled all issues of injunctive relief, damages, attorneys fees, litigation expenses and costs. The parties request that the Case Management Conference be taken off calendar, but that the Court not dismiss the case until plaintiff has received payment of attorneys fees, litigation expenses, and costs. The parties have agreed to submit a stipulated dismissal within 10 days after plaintiff is in receipt of full payment of attorneys fees, litigation expense and costs. Defendants have agreed to make their best efforts to make payment by October 15, 2010.

The Case Management Conference scheduled for October 20, 2010 is continued to November 17, 2010 at 10:30 a.m. An updated CMC statement or stipulated dismissal is due by 11/10/10.

Dated: October 13, 2010        LAW OFFICES OF PAUL L. REIN


   /s/ Celia McGuinness
By CELIA McGUINNESS
Attorneys for Plaintiff
SEBASTIAN DEFRANCESCO


Dated: October 13, 2010        COX, CASTLE & NICHOLSON LLP
JONATHAN S. KITCHEN
ALI P. HAMIDI

   /s/ Ali Hamidi
Attorneys for Defendants
SRI OLD TOWN, LLC and
FEDERAL REALTY INVESTMENT TRUST

Dated: October 13, 2010        LOW, BALL & LYNCH

   /s/ Mark Hazelwood
MARK F. HAZELWOOD
Attorneys for Defendants
TOWN OF LOS GATOS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

FURTHER UPDATED JOINT CMC STATEMENT
CASE NO. C09-2123 JL

– 2 – S:\CASES\L\LOS GATOS\PLEADINGS\Updated Joint Case Management Conference Statement.wpd