1  COX, CASTLE & NICHOLSON LLP
   JONATHAN S. KITCHEN (STATE BAR NO. 80270)
2  jkitchen@coxcastle.com
   ALI P. HAMIDI, (STATE BAR NO. 191198)
3  ahamidi@coxcastle.com
   555 California Street, 10th Floor
4  San Francisco, CA  94104-1513
   Telephone:  (415) 392-4200
5  Facsimile:   (415) 392-4250

6  Attorneys for Defendants
   SRI OLD TOWN, LLC and
7  FEDERAL REALTY INVESTMENT TRUST

8  PAUL L. REIN (STATE BAR NO. 43053)
   CELIA McGUINNESS (STATE BAR NO. 159420)
9  200 Lakeside Drive, Suite A
   Oakland, CA  94612
10 Telephone:  (510) 832-5001
   Facsimile:   (510) 832-4787
11 Email:  reinlawoffice@aol.com

12 Attorneys for Plaintiff
   SEBASTIAN DEFRANCESCO
13
   MARK F. HAZELWOOD (STATE BAR NO. 136521)
14 LAURA S. FLYNN (STATE BAR NO. 148511)
   LOW, BALL & LYNCH
15 505 Montgomery Street, 7th Floor
   San Francisco, CA  94111
16 Telephone:  (415) 981-6630
   Facsimile:   (415) 982-1634
17
   Attorneys for Defendant
18 TOWN OF LOS GATOS

19
                    **UNITED STATES DISTRICT COURT**
20
                    **NORTHERN DISTRICT OF CALIFORNIA**
21

22 SEBASTIAN DEFRANCESCO,                      CASE NO. C09-02123-JL

23         Plaintiff,

24         vs.                                 **STIPULATION OF DISMISSAL**
                                               **(Fed. R. Civ. P. 41(a)(1)(A)(ii)**
25 SRI OLD TOWN, LLC; FEDERAL REALTY
   INVESTMENT TRUST; TOWN OF LOS
26 GATOS; and DOES 1-10, Inclusive,

27         Defendants.

28

LAW OFFICES OF
**COX, CASTLE &**
**NICHOLSON LLP**
SAN FRANCISCO     60136\4036635v1

                                               CASE NO. C09-02123-JL
                                               STIPULATION OF DISMISSAL

IT IS SO ORDERED

*James Larson*

Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1    The parties, through the signature of their counsel on this Stipulation, and pursuant to Federal

2 Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice.

3    IT IS SO STIPULATED.

4    For the Defendants SRI Old Town, LLC and Federal Realty Investment Trust:

5 DATED:  November 4, 2010                 COX, CASTLE & NICHOLSON LLP

6

7                                          By:   /s/ Ali P. Hamidi
                                               Ali P. Hamidi
8                                              Attorneys for Defendants
                                               SRI OLD TOWN, LLC and
9                                              FEDERAL REALTY INVESTMENT
                                               TRUST
10

11
       For the Plaintiff Sebastian Defrancesco:
12
   DATED:  November 4, 2010                 Respectfully submitted,
13
                                            LAW OFFICES OF PAUL L. REIN
14

15
                                            By:   /s/ Paul L. Rein
16                                             Paul L. Rein
                                               Attorneys for Plaintiff
17                                             SEBASTIAN DEFRANCESCO

18

19    For the Defendant Town of Los Gatos:

20 DATED:  November 4, 2010                 LOW, BALL & LYNCH

21

22                                          By:   /s/ Mark F. Hazelwood
                                               Mark F. Hazelwood
23                                             Attorneys for Defendant
                                               TOWN OF LOS GATOS
24

25

26

27

28

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO    60136\4036635v1              - 1 -                    CASE NO. C09-02123-JL
                                                            STIPULATION OF DISMISSAL